**UNITED STATES DISTRICT COURT**

Western District of Texas

DEL RIO DIVISION

FILED

APR 29 2026

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

UNITED STATES OF AMERICA

v.

(1) Rodolfo Antonio DELGADO-Romo

Defendant

Case Number:  2:25-CR-02738(1)-EG

USM Number:   18557-512

FILED

MAY 01 2026

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

**JUDGMENT IN A CRIMINAL CASE**

(For Offenses Committed On or After November 1, 1987)

The defendant, (1) Rodolfo Antonio DELGADO-Romo, was represented by Jesse Coronado.

The defendant pled guilty to Count(s) One of the Indictment on January 29, 2026. Accordingly, the defendant is adjudged guilty of such Count(s), involving the following offense(s)

| Title and Section | Nature of Offense | Offense Ended | Count(s) |
|---|---|---|---|
| 8 U.S.C. § 1326(a) | Illegal Re-entry into the United States | October 16, 2025 | One |

As pronounced on April 28, 2026, the defendant is sentenced as provided in pages 2 through 6 of the judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is further ordered that the defendant shall notify the United States Attorney for the district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by the Judgment are fully paid. If ordered to pay restitution, the defendant shall notify the Court and United States Attorney of any material change in the defendant's economic circumstances.

Signed this 29th day of April 2026.

RECEIVED

APR 2 9 2026

U.S. MARSHALS W/TX DEL RIO

ERNEST GONZALEZ
United States District Judge

RETURNED EXECUTED

5/1/2026

Arresting Agency: United States Border Patrol

A true copy of the original, I certify.
Clerk, U.S. District Court

By _____
Deputy Clerk